UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ANTONIO MURPHY-RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CONGRESS,<br><br>    Defendant. | Case No. 22-cv-00528-HSG<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at Arizona State Prison Complex in Florence, Arizona, has filed a pleading seeking a temporary restraining order under Fed. R. Civ. P. 65 and stated his intent to file an "Other Statutory Action", with the nature of suit code 890.[1]  Dkt. Nos. 1, 3. Plaintiff has named as defendants Congress, the United States, the Office of the Clerk for the Ninth Circuit, the acting Attorney General of the state of Arizona, "and others."  Dkt. No. 1.  He alleges that both the Northern District of California and the Ninth Circuit Court Clerk have misconstrued his previously-filed actions, and challenges the legality of state court proceedings in Arizona.  Dkt. No. 1.  He appears to be seeking relief related to his Arizona state court proceedings.  Dkt. No. 1.

Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  None of the defendants reside in this district and the challenged event – Plaintiff's state

---

[1] The Clerk has informed Petitioner that this action is deficient because he has not filed a complete complaint on the proper form, and because he has neither paid the filing fee nor obtained leave to proceed *in forma pauperis*.  Dkt. Nos. 2.

1  court proceedings – did not occur in this district.  Plaintiff resides in Arizona; the relevant event
2  occurred in Arizona; and none of the named defendants reside in this district.  Venue therefore
3  properly lies in the District of Arizona.  *See* 28 U.S.C. §§ 83, 1391(b).
4        Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
5  § 1406(a), this action be TRANSFERRED to the United States District Court for Arizona.
6  **IT IS SO ORDERED.**
7  Dated:  1/31/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge